IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * **CRIMINAL NO.  09-00107-CG-C** |
| **v.** | * |
| | * |
| **JOSHUA EDWARD LEDKINS** | * |
| | * |
| | * |

### FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on August 18, 2009, the defendant **JOSHUA EDWARD LEDKINS** entered a guilty plea to Count One of the Indictment, charging him with conspiracy to manufacture methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code §846.  The defendant agreed in the Plea Agreement (Doc. 73) to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Eleven of the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853.  Pursuant to that plea agreement the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3).  Pursuant to the Plea Agreement, Defendant, **JOSHUA EDWARD LEDKINS**, agreed to and confessed to forfeit the following property:

> **(1) Four Thousand dollars ($4,000.00) in United States currency seized from the defendant on May 29, 2008;**
>
> **(2) Three Thousand seven hundred eighty dollars ($3,780.00) in United States currency seized from the defendant on April 24, 2009.**

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting September 19, 2009, at the web site www.forfeiture.gov .  A Proof of Publication was filed on October 20, 2009, (Doc. 90), specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law: property the defendant agreed to forfeit pursuant to the Plea Agreement is as follows:

> **(1) Four Thousand dollars ($4,000.00) in United States currency seized from the defendant on May 29, 2008;**
>
> **(2) Three Thousand seven hundred eighty dollars ($3,780.00) in United States currency seized from the defendant on April 24, 2009.**

**IT IS FURTHER ORDERED** that the court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five (5) certified copies of this Order to Assistant United States Attorney George F. May.

**DONE** and **ORDERED** this 24th day of February, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE